IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COLLEEN GARDNER *ex rel.* WADE BOOTH,
  Plaintiff,

v.

THE INGLIS HOUSE CORP.,
  Defendant.

CIVIL ACTION NO. 18-CV-3515

## ORDER

AND NOW, this 17th day of September, 2018, upon consideration of the Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DISMISSED without prejudice** for lack of subject matter jurisdiction in accordance with the Court's Memorandum. The dismissal is without prejudice to the refiling of this case in state court.

3. The Motion for Appointment of Counsel submitted with the Complaint is **DENIED**.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

CYNTHIA M. RUFE, J.